

# Fourth Court of Appeals
## San Antonio, Texas

October 10, 2016

No. 04-16-00302-CR

**IN RE** Eduardo Catarino **PALACIOS**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
            Patricia O. Alvarez, Justice
            Luz Elena D. Chapa, Justice

On June 13, 2016, relator filed a motion for rehearing. The panel has considered the motion and it is DENIED.

It is so **ORDERED** on October 10, 2016.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of October, 2016.

_Keith E. Hottle_
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2001CRN000146 D1, styled *State of Texas v. Omar Escobar and Eduardo Catarino Palacios*, pending in the 49th Judicial District Court, Webb County, Texas, the Honorable Joe Lopez presiding.